**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7497

TOMMY PABELLON,

Petitioner - Appellant,

versus

TERRY O'BRIEN,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   Samuel G. Wilson, District Judge.  (7:06-cv-00491-sgw)

Submitted:  January 18, 2007          Decided:  January 23, 2007

Before WILKINSON, GREGORY, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tommy Pabellon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Pabellon, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Pabellon v. O'Brien</u>, No. 7:06-cv-00491-sgw (W.D. Va. Aug. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>